**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Adan MURIETTA–GALVEZ,**
**Defendant—Appellant.**

No. 00–10463.
D.C. No. CR–00–00550–PGR.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 5, 2001*

Decided Nov. 13, 2001.

Before KLEINFELD, McKEOWN, and FISHER, Circuit Judges.

MEMORANDUM **

Adan Murietta–Galvez appeals his conviction by guilty plea and sentence for illegal re-entry after deportation in violation of 8 U.S.C. § 1326(a), with a sentencing enhancement pursuant to 8 U.S.C. § 1326(b)(2). Murietta–Galvez's attorney

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw on the ground that the appeal is without arguable merit.

Galvan–Murietta's plea agreement contains an express waiver of the right to appeal the judgment and sentence. Because our independent review of the record indicates that the plea agreement, including the waiver of the right to appeal, was entered knowingly and voluntarily, *United States v. Aguilar–Muniz*, 156 F.3d 974, 976 (9th Cir.1998), we enforce the waiver, **GRANT** counsel's motion to withdraw, and **DISMISS** the appeal.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.